UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| GARY WASSON, | ) | CIV. 07-5041-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| ANGIE'S, INC., d/b/a Video Blue, | ) | |
| | ) | |
| Defendant. | ) | |

After a mediation with the United States Magistrate Judge, this court was advised that the above-entitled action has been settled. Therefore, it is

ORDERED that this action is hereby dismissed without prejudice to the right of any party to reopen the action if settlement is not consummated.

Dated April 22, 2009

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                CHIEF JUDGE